Decision Per Curiam.

---

Charles J. Allen, Plaintiff in Error, vs. E. C. Pelot, Defendant in Error.

Writ of error to Circuit Court, Hillsborough county; Barron Phillips, Judge.

*C. C. Whitaker and P. O. Knight,* for Plaintiff in Error.

*Wall and Stevens,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.